UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

GEORGE BRIGGS,

        *Plaintiff*,

v.

NANCY A. GIROUX, *et al.*,

        *Defendants*.

Civil Action No. 15-172

ORDER

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) Defendants' Motion to Dismiss, Docket No. 15, is **GRANTED**.

(3) This case is **CLOSED**.

(4) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 22nd day of June, 2016.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE